# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 5, 2026

Lyle W. Cayce
Clerk

———————

No. 25-30138
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Ronald W. Allen, Jr.,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:24-CV-304

———————————————————

Before Jones, Richman, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Ronald W. Allen, Jr., federal prisoner # 20776-035, moves for leave to proceed in forma pauperis (IFP) in this appeal of the district court's order striking his motion to proceed IFP in his appeal of the district court's order denying him a certificate of appealability (COA). This court dismissed

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30138

Allen's appeal of the district court's order denying him a COA on March 11, 2025. *See United States v. Allen*, No. 24-30788 (5th Cir. Mar. 11, 2025).

"Whether an appeal is moot is a jurisdictional matter, since it implicates the Article III requirement that there be a live case or controversy." *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987). "In the absence of its being raised by a party, this court is obliged to raise the subject of mootness *sua sponte*." *Id.*

Because this court has dismissed Allen's appeal of the district court's order denying him a COA, any appellate challenge to the district court's striking of his motion to appeal that order IFP is moot, and this court lacks jurisdiction to entertain it. *See McRae v. Hogan*, 576 F.2d 615, 617 (5th Cir. 1978). The appeal is DISMISSED AS MOOT, and his motion to proceed IFP on appeal is DENIED AS MOOT.